# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES of AMERICA** | ) |
| | ) |
| **v.** | )  **Criminal No.** |
| | )  **20-10130-FDS** |
| **ELIJAH MAJAK BUOI,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## VERDICT FORM

**COUNT ONE:  Wire Fraud**

**We, the jury:**

      1.      **As to Count One (Wire Fraud on or about May 21, 2020), find defendant Elijah Buoi:**

         _____ Not Guilty           \_\_\_✓\_\_Guilty

**COUNT TWO:  Wire Fraud**

**We, the jury:**

      2.      **As to Count Two (Wire Fraud on or about June 7, 2020), find defendant Elijah Buoi:**

         _____Not Guilty           \_\_\_✓\_\_Guilty

**COUNT THREE:  Wire Fraud**

**We, the jury:**

      1.      **As to Count Three (Wire Fraud on or about June 9, 2020), find defendant Elijah Buoi:**

         _____ Not Guilty           \_\_\_✓\_\_Guilty

**COUNT FOUR**:  **Wire Fraud**

**We, the jury:**

1.    As to Count Four (Wire Fraud on or about June 15, 2020), find defendant
Elijah Buoi:

_____ Not Guilty                    \_\_\_\_✓\_Guilty

**COUNT FIVE**:  **Making a False Statement to a Financial Institution**

**We, the jury:**

1.    As to Count Five (Making a False Statement to a Financial Institution), find
defendant Elijah Buoi:

_____ Not Guilty                    \_\_\_\_✓\_Guilty

**Your deliberations are complete.  Please notify the court security officer in writing that you
have reached a verdict.**

FOREPERSON: _____    DATE: \_02/24/22\_\_\_

2