IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-cr-10130-FDS |
| ELIJAH MAJAK BUOI, | |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Circuit from the order of this Court entered on March 3, 2022 (Doc. ID 165).

> Respectfully submitted,
>
> ELIJAH BUOI
>
> */s/ Bryan Owens*
> Bryan Owens
> 405 Main St., Ste 700
> Houston, TX 77002
> Bryan@owenscriminaldefense.com

## Certificate of Service

I, Bryan Owens, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: March 11, 2022                    */s/ Bryan Owens*
                                         Bryan Owens